## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE ENVIVA INC. DERIVATIVE LITIGATION | Case No. 8:23-cv-03293-PX |
| | (Consolidated with Case No. 8:23-cv-03403-PX) |
| This Document Relates To: ALL ACTIONS | |

## ORDER STAYING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Stay.

Having reviewed the Joint Motion to Stay and being advised in and satisfied with the premises therein, the Court will grant the motion.

WHEREFORE, it is now hereby ORDERED:

1. The parties' Joint Motion to Stay is GRANTED.

2. All deadlines and proceedings in the above-captioned matter are STAYED pending resolution of the chapter 11 bankruptcy proceedings jointly administered under *In re Enviva Inc.*, Case No. 24-10453 in the United States Bankruptcy Court for the Eastern District of Virginia.

3. The parties shall file a joint status report with the Court no later than 9/23/24, 2024, and shall file additional status reports every ninety (90) days thereafter.

4. Subject to and without limiting any of Enviva's rights under the Bankruptcy Code, the above-captioned matter is hereby ADMINISTRATIVELY CLOSED without prejudice to the right of any party to move to reopen this matter for good cause shown.

SO ORDERED this 15th day of April, 2024

/S/
Hon. Paula Xinis
United States District Judge

5